UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Steven VanLeuven,

        Plaintiff,

v.

Bank of America, N.A, et al,

        Defendants.
_____/

CASE NUMBER: 11-12634
HONORABLE VICTORIA A. ROBERTS
MAG. JUDGE R. STEVEN WHALEN

## ORDER ADOPTING REPORT AND RECOMMENDATION

On July 19, 2012, Magistrate Judge Whalen issued 2 Reports and Recommendations. Document 22 recommending that the Court Grant Defendants' motion to dismiss and dismiss the amended complaint with prejudice. Document 23 recommending that the Court find as moot Defendants' motion to dismiss plaintiff's 5-count complaint. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). The Court adopts both Reports and Recommendations and **GRANTS** Defendants' Motion to Dismiss [Doc. 17]. Plaintiff's amended complaint is dismissed with prejudice. Defendants' Motion to Dismiss Plaintiff's 5-Count complaint [Doc. 14] is **MOOT.**

    **IT IS ORDERED**.

                      S/Victoria A. Roberts
                      Victoria A. Roberts
                      United States District Judge

Dated: August 21, 2012

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on August 21, 2012.

S/Linda Vertriest
Deputy Clerk